UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
_____ DIVISION

Teeth Trust Divine Solution
Mike Jason Profit New Patent
1034 Jackson Street
Louisville KY, 40203
**name of plaintiff(s)**

FILED
DISTRICT COURT CLERK
WESTERN DISTRICT OF KY

09 AUG 19 AM 9:07

v.

Civil Case No. 3:09-cv-623-H

Colgate - Crest - All toothpaste Companies
New York, N.Y.
10022
**name of defendant(s)**

## COMPLAINT

1. State the grounds for filing this case in Federal Court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

   Protect New toothpaste Patent with Teeth Trust Div. name.

2. Plaintiff, Michael Jason Profit resides at
   1034 full Jackson Street, Louisville
   **street address** / **city**
   _____, KY, 40203, 858 758-8485
   **county** / **state** / **zip code** / **area code, phone number**

   (if more than one plaintiff, provide the same information for each plaintiff below):

   Teeth Trust New Patent

3. Defendant, _Colgate - Crest - AY toothpaste Companies_ lives at, or its business is located at ___Oita___,
   street address

   _New York_ , _____, _NY_ ,
   city              county              state

   _10022_ .
   zip code

   (if more than one defendant, provide the same information for each defendant listed above):

   _____
   _____
   _____
   _____
   _____

4. Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):

   _I have a new patent & press charges to claim new patent Toothpaste injectors connected to the toothbrush injects on top of the toothbrush stencils Also comes with a drain covers for bathtub kitchen sink bathroom sink & a toothbrush holder with monthly filters._

   _Criminal Theft - check his associate Market Street Adding Product too Organic three Federal - Gloss toothbrush holder & Filter his associate & Contract holder added with Central State Napped with Organic - Line holder Shrey head._

5. Prayers for Relief (list what you want the Court to do):

   a. Hold patent on my name
   
   b.
   
   c.
   
   d.

6. Request for a Jury Trial    ✓ yes    ___ no

I (We) hereby certify under penalty that the above petition is true to the best of my (our) information, knowledge, and belief.

Signed this __Third__ day of __August__, 20_09_.

Michael Julen Craft
1074 Jackson Street
Louisville, KY 40203
(signature of plaintiff (s) )